FILED

02/29/2024

Bowen Greenwood
CLERK OF THE SUPREME COURT
STATE OF MONTANA

Case Number: DA 23-0692

IN THE SUPREME COURT OF THE STATE OF MONTANA

| | |
|---|---|
| MIRIAM PENADO<br><br>Petitioner and Appellant,<br><br>On behalf of Herself and A.A.H., born 2018 and A.M.H., born 2020,<br><br>v.<br><br>DANIEL HUNTER,<br><br>Respondent and Appellee. | Cause No. DA-23-0692<br><br>**ORDER EXTENDING DUE DATE FOR OPENING BRIEF** |

UPON READING the unopposed Motion for an extension of the due date for the Opening Brief and finding good cause appearing therein.

IT IS HEREBY ORDERED that the opening brief in the above-listed case is GRANTED an additional fourteen (14) days to file and must be filed by March 13, 2024.

Dated this _____ day of _____.

_____
Judge / Clerk
of the Supreme Court

Electronically signed by:
Mike McGrath
Chief Justice, Montana Supreme Court
February 29 2024